NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ILLYA ERWIN,**
*Petitioner*

**v.**

**DEPARTMENT OF THE ARMY,**
*Respondent*

---

2017-1137

---

Petition for review of the Merit Systems Protection Board in No. SF-1221-15-0418-W-1.

---

**JUDGMENT**

---

CHARLES HARRY BROWER, Honolulu, HI, argued for petitioner.

SHARI A. ROSE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by CHAD A. READLER, ROBERT E. KIRSCHMAN, JR., ELIZABETH M. HOSFORD.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* NEWMAN and LOURIE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| January 16, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
|  | Clerk of Court |